No. 1008. McCollum *v.* Ragen, Warden. March 3, 1947. Petition for writ of certiorari to the Criminal Court of Cook County and the Supreme Court of Illinois, denied.

No. 1009. Mills *v.* Ragen, Warden. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Will County and the Supreme Court of Illinois, denied.

No. 1010. Barron *v.* Ragen, Warden. March 3, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1011. Kaval *v.* Ragen, Warden; and
No. 1012. Klein *v.* Nierstheimer, Warden. March 3, 1947. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1023. Bellino et al. *v.* Massachusetts. March 3, 1947. Petition for writ of certiorari to the Superior Court of Essex County, Massachusetts, denied. *Arthur L. Brown* for petitioners.

No. 1032. Norwitt *v.* Illinois. March 3, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.